344 A.2d 466
191 TENANTS ASSOCIATION by Morris A. Kravitz,
et al., Appellants,

v.

Stanton L. TRIESTER, Trustee, et al.,
Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 11, 1974.

Decided Oct. 3, 1975.

Tom P. Monteverde, Philadelphia, Morris Gerber, Norristown, David B. Lipkin, Philadelphia, Pelino, Wasserstrom, Chucas & Monteverde, Philadelphia, Gerber, Davenport & Wilenzik, Norristown, for appellant.

Leonard L. Wolffe, Paul R. Rosen, Pechner, Sacks, Dorfman, Rosen & Richardson, Jack A. Rounick, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to pay own costs.

ROBERTS, J., dissents.